UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-060ML** **DATE: August 15, 2005**

**TITLE: USA v. Juan Jusino, a/k/a Dondee**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Mary E. Rogers - Govt**
**Thomas Briody - for Deft**
**Michael Perry - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**Court addresses deft's objection to the PSR re: role of this deft in the offense, and calculation of the guidelines range. Court finds that an additional one-level decrease as to the total offense level is warranted. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to the one count of the Information: 33 mos' imprisonment; followed by 1 yr's supervised release. Special conditions of s/r: deft is to participate in a drug-treatment program to include periodic testing (up to 72 drug tests per year), as approved by U.S. Probation; deft is to participate in a mental-health treatment program, as approved by U.S. Probation. $100 special assessment. No fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**