AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: CR05-60-01ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Juan Jusino

I certify that I am admitted to practice in this court.

8-14-07

Date

Signature

J. Bricoa
Print Name

44127
Bar Number

91 Friendship St
Address

Prov RI 02903
City State Zip Code

(401) 751-5151 421-0876
Phone Number Fax Number