UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 05-060-01ML |
| | : | |
| JUAN JUSINO | : | |

**ORDER**

Pursuant to a hearing on August 17, 2007 and in accordance with Rule 32.1(c) of the Federal Rules of Criminal Procedure and Title 18, United States Code, § 3583(e)(2), the conditions of supervised release, as ordered by this Court on August 15, 2005 are amended to include the following:

The Defendant shall participate in a community confinement program at the Coolidge House Comprehensive Sanctions Center, Boston, Massachusetts for a period of six months and shall comply with all program rules and regulations and comply with all staff instructions relevant to said program.

PER ORDER

Barbara Barletta
Deputy Clerk

Enter:

Mary M. Lisi
MARY M. LISI
Chief United States District Judge
Date: August 20, 2007