**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Cr. No. **05-060-01ML** |
| | ) | |
| **Juan Jusino** | ) | |

**AMENDED ORDER**

**Pursuant to a hearing on August 17, 2007, and in accordance with Rule 32.1(c) of the Federal Rules of Criminal Procedure and Title 18, United States Code, §3583(e)(2), the conditions of supervised release, as ordered by this Court on August 15, 2005, are amended to include the following:**

> **The defendant shall reside at and participate in a community confinement program and the Coolidge House Comprehensive Sanctions Center from October 8, 2007 until February 16, 2008, and shall comply with all program rules and regulations and comply with all staff instructions relevant to said program.**

Per Order,

Barbara Barletta
Deputy Clerk

Enter:

Mary M. Lisi
MARY M. LISI
Chief United States District Judge

Date:

9/21/07