**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Cr. No. **1:05-CR-060-01ML** |
| | ) | |
| **Juan Jusino** | ) | |

**ORDER**

**Pursuant to a hearing on August 17, 2007, the defendant's conditions of release were amended to require that he participate in a community corrections program at the Coolidge House Comprehensive Sanctions Center from October 9, 2007 until February 16, 2008, it is hereby, ordered that the defendant be released from the custody of the U.S. Marshals Service on October 9, 2007, to commence the community corrections term.**

Per Order,

Deputy Clerk

Enter:

LINCOLN D. ALMOND
United States Magistrate Judge

Date: 9/26/07